# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2020

162009(59)(60)

JAMES DUCKWORTH,
       Plaintiff-Appellee,
and

ZURICH AMERICAN INSURANCE
COMPANY,
       Intervening Plaintiff,

v

CHEROKEE INSURANCE COMPANY,
       Defendant-Appellant,
and

PROGRESSIVE MARATHON INSURANCE
COMPANY,
       Defendant-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 162009
COA: 347865
Wayne CC: 14-005196-NF;
   15-006418-NF

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on October 30, 2020, is accepted as timely filed. On further order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before December 11, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



Clerk